435 A.2d 636

Commonwealth v. Christopher, Appellant.

Argued September 11, 1980. William J. Hongig, for appellant; Joseph Hylan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.